CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 26 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES C. AUSTIN,<br>    Plaintiff, | Civil Action No. 7:15-cv-00371 |
| v. | **ORDER** |
| FREDERICK SCHILLING, et al.,<br>    Defendants. | By:  Hon. Michael F. Urbanski<br>       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED** as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 25th day of August, 2015.

/s/ Michael F. Urbanski
United States District Judge